# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SHAWN KEVIN JACKSON,<br><br>Defendant. | CR 07-26-H-BMM-JTJ<br><br>**ORDER** |

The United States Probation Office filed a Petition on December 3, 2021, requesting that the Court revoke Defendant Shawn Jackson's supervised release. (Doc. 154). The Court commenced a revocation hearing on December 7, 2021. Jackson requested that the revocation hearing be continued so he can retain an expert witness on polygraph examinations. The Court stated that the revocation hearing would be continued approximately 60 days. The Court stated that Jackson would be allowed to remain on release status subject to certain conditions.

Accordingly, IT IS HEREBY ORDERED:

1. The Court will conduct Jackson's revocation hearing at 1:30 p.m. on February 22, 2022, at the Missouri River Courthouse in Great Falls, Montana.

2. Jackson shall disclose his expert witness (with expert report) on or

before January 11, 2022. The government shall disclose its expert witness (with expert report) on or before February 8, 2022.

3. Jackson shall be allowed to remain on release status pending his revocation hearing, subject to the release conditions imposed previously and the following new conditions:

> a. Jackson shall participate in a location monitoring program as directed by the United States Probation Office. Jackson shall pay all or part of the costs of the location monitoring program as directed by the Court and the probation office.

DATED this 8th day of December, 2021.

John Johnston
United States Magistrate Judge