IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> SHAWN KEVIN JACKSON, <br><br> Defendant. | CR-07-26-H-BMM <br><br><br> **ORDER** |

United States Magistrate Judge John Johnston entered Amended Findings and Recommendations in this matter on February 23, 2022. (Doc. 163.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on February 22, 2022. (Doc. 162.) The United States accused Jackson of violating his conditions of supervised release by failing to successfully complete his sex offender treatment program. (Doc. 154.)

At the revocation hearing, the Court found the government satisfied its burden of proof with respect to the alleged violation.  (Doc. 162.)  Judge Johnston found that the violation proved to be serious and warranted revocation, and recommended that Jackson receive a custodial sentence of 2 months, with a lifetime of supervised release to follow. (Doc. 163.)  Jackson was advised of his right to appeal and his right to allocute before the undersigned.  (Doc. 162.)  The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Amended Findings and Recommendations (Doc. 163) are **ADOPTED IN FULL.  IT IS FURTHER ORDERED** that Defendant Shawn Kevin Jackson be sentenced to the Bureau of Prisons for 2 months, with a lifetime of supervised release to follow.  Jackson's term of custody will begin on March 14, 2022.  Jackson will self-report to the Cascade County Detention Center on or before 12:00 p.m. (noon) on March 14, 2022.

DATED this 10th day of March, 2022.

_____
Brian Morris, Chief District Judge
United States District Court